IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT AT TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

VS.                                        CR. No.: 05-20250M1

STEPHANIE LYONS,

   Defendant.

### ORDER ON MOTION TO CONTINUE REPORT DATE

This cause came on to be heard upon Defendant's Motion To Continue Report Date, consent of the United States and defense counsel, and the entire record in this cause from all of which it appears and the Court finds that the Motion is well taken and that this matter shall be continued until 27th day of January, 2006.

Jon Phipps McCalla
United States District Court Judge

Date: Dec. 19, 2005



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:05-CR-20250 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT